## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

John Scott,                                    :
          Appellant          :
                                 :
          v.                :     No. 154 C.D. 2013
                                 :
City of Philadelphia,                          :
Zoning Board of Adjustment                     :
and FT Holdings L.P.                            :

**PER CURIAM**                    **O R D E R**


NOW, September 7, 2017, having considered appellant's application for reargument and appellee FT Holdings, L.P.'s answer in response thereto, the application is denied.